Craig JOHNSON, Petitioner–Appellant,

v.

DEPARTMENT OF CORRECTIONS, Respondent–Appellee.

No. 02–7070.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 10, 2002.

Decided Oct. 17, 2002.

Craig Johnson, Appellant Pro Se. Linwood Theodore Wells, Jr., Assistant Attorney General, Richmond, Virginia, for Appellee.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Craig Johnson seeks to appeal the magistrate judge's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the magistrate judge's opinion and conclude that Johnson has not made a substantial showing of the denial of a constitutional right.* Accordingly, we deny a certificate of appealability and dismiss this appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because

---

* This case was decided by a magistrate judge exercising jurisdiction upon consent of the parties. 28 U.S.C. § 636(c) (2000).

the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Ricky Lee Anderson appeals the district court's order denying his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and the district court's order ac-cepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Anderson v. United States*, No. CA–02–670–2–23 (D.S.C. June 21, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.